**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **JC Fits, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-0536774** | |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2305 E. 52nd St.** <br> **Los Angeles, CA 90058** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ | |

Debtor    **JC Fits, Inc.**
　　　　Name

Case number (*if known*) _____

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

　　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　　☐ A plan is being filed with this petition.

　　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor    **JC Fits, Inc.** _____    Case number (_if known_) _____
     Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in _this district?_** | _Check all that apply:_ |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (_Check all that apply._)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
            Contact name _____
            Phone _____

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .   _Check one:_

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **JC Fits, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 12, 2017**
                MM / DD / YYYY

X **/s/ Jeong H. Choi**
Signature of authorized representative of debtor

**Jeong H. Choi**
Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Joon M. Khang**
Signature of attorney for debtor

Date    **September 12, 2017**
        MM / DD / YYYY

**Joon M. Khang**
Printed name

**KHANG & KHANG LLP**
Firm name

**4000 Barranca Parkway, Suite 250**
**Irvine, CA 92604**
Number, Street, City, State & ZIP Code

Contact phone    **(949) 419-3834**        Email address    **joon@khanglaw.com**

**188722**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **JC Fits, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **September 12, 2017** | X **/s/ Jeong H. Choi** |
|---|---|---|
| | | Signature of individual signing on behalf of debtor |
| | | **Jeong H. Choi** |
| | | Printed name |
| | | **President** |
| | | Position or relationship to debtor |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | JC Fits, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Americantex, Inc. 726 E. 12th St.m #306 Los Angeles, CA 90021 | | fabric | | | | $42,193.00 |
| Artex America, Inc. 726 E. 12th St. #306 Los Angeles, CA 90021 | | print | | | | $24,937.00 |
| Fabric Selection 800 E. 14th St. Los Angeles, CA 90021 | | fabric | | | | $34,570.00 |
| Great Wall Textile PO Box 76327 Los Angeles, CA 90076 | | fabric | | | | $18,304.00 |
| HS Crystal, Inc. 1800 E. 50th St. Los Angeles, CA 90058 | | print | | | | $17,921.00 |
| Lavitex, Inc. - Prime PO Box 741084 Los Angeles, CA 90074 | | fabric | | | | $35,764.00 |
| Lee, Hong, et al. 660 S. Figueroa St., Ste 2300 Los Angeles, CA 90017 | | Legal services | | | | $29,627.00 |
| Marlin Bank 2796 E. Cottonwood Pky, #120 Salt Lake City, UT 84121 | | Equipment lease | | $19,240.00 | $0.00 | $19,240.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | JC Fits, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Midthrust 830 E. 14th Place Los Angeles, CA 90021 | | fabric | | | | $19,212.00 |
| MSJ Trim Inc. 600 E. Washington Blvd., #W12 Los Angeles, CA 90015 | | trim | | | | $19,311.00 |
| Nobel Textile 721-A East 9th St. Los Angeles, CA 90021 | | fabric | | | | $86,009.00 |
| Open Bank 1000 Wilshire Blvd., Ste 500 Los Angeles, CA 90017 | | business loan | | | | $63,000.00 |
| Oxford International Inc. 834 South Julian Los Angeles, CA 90014 | | fabric | | | | $19,236.00 |
| Pacific City Bank 3701 Wilshire Blvd., #100 Los Angeles, CA 90010 | | | | $394,988.00 | $0.00 | $394,988.00 |
| Prime Business Credit, Inc. 1055 W. 7th St., #2200 Los Angeles, CA 90017 | | Blanket UCC with blanket lien on all assets | | $199,962.00 | $0.00 | $199,962.00 |
| Richline 1706 Maple Ave. Los Angeles, CA 90015 | | fabric | | | | $26,496.00 |
| Romex Textile Inc. 785 E. 14th Place Los Angeles, CA 90021 | | fabric | | | | $111,735.00 |
| Textile Center Inc. 1038 E. Olympic Blvd. Los Angeles, CA 90021 | | fabric | | | | $20,448.00 |
| Trim World 2225 S. San Pedro St. Los Angeles, CA 90011 | | trim | | | | $39,672.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Debtor  **JC Fits, Inc.**
Name                                                    Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **WEAVE**<br>**PO Box 76327** | | **fabric** | | | | **$50,198.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## United States Bankruptcy Court
### Central District of California

In re ___**JC Fits, Inc.**_____  Case No. _____
                                    Debtor(s)        Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 12, 2017**_____  Signature  **/s/ Jeong H. Choi**_____
                                                        **Jeong H. Choi**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:    **September 12, 2017**

**/s/ Jeong H. Choi**
**Jeong H. Choi**
Signature of Debtor


Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name    **JC Fits, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*..............................................................    $ _____0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*............................................................    $ _____588,530.00

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*..............................................................    $ _____588,530.00

| Part 2: | Summary of Liabilities |
|---|---|

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____614,190.00

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ _____949,430.00

4.    **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b                    $ _____1,563,620.00

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **JC Fits, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Pacific City Bank** | **Business checking** | 3662 | $2,000.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.         $2,000.00

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **JC Fits, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

<div style="background:black;color:white">Part 5:</div> **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Inventory - see attached list** | | $0.00 | | $552,500.00 |

| 23. **Total of Part 5.** Add lines 19 through 22.  Copy the total to line 84. | $552,500.00 |
|---|---|

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

<div style="background:black;color:white">Part 6:</div> **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

<div style="background:black;color:white">Part 7:</div> **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Equipment, furniture, etc - see attached list** | $0.00 | | $34,030.00 |

---

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 2 |
|---|---|---|

Debtor    **JC Fits, Inc.**                                                          Case number *(If known)* _____
         Name

---

42.       **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
          books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
          collections; other collections, memorabilia, or collectibles

43.       **Total of Part 7.**                                                        | $34,030.00 |
          Add lines 39 through 42.  Copy the total to line 86.

44.       **Is a depreciation schedule available for any of the property listed in Part 7?**
          ■ No
          ☐ Yes

45.       **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
          ■ No
          ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    **JC Fits, Inc.**                                    Case number *(If known)* _____
       Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $552,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $34,030.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $588,530.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $588,530.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| ITEM | QTY | UNIT PRICE | TOTAL VALUE |
|---|---|---|---|
| Finished Goods | 42000 | $7.50 | $315,000.00 |
| Fabrics | 950 | $250.00 | $237,500.00 |
| COMPUTER STORE | 3 | $500.00 | $1,500.00 |
| COMPUTER WHSE | 12 | $500.00 | $6,000.00 |
| DESK | 13 | $200.00 | $2,600.00 |
| CONFERENCE TABLE | 2 | $150.00 | $300.00 |
| PORTABLE A/C | 3 | $250.00 | $750.00 |
| MARKING EQUIP | 1 | $15,000.00 | $15,000.00 |
| SALES RACKS | 22 | $30.00 | $660.00 |
| CUTTING TABLE | 34 | $30.00 | $1,020.00 |
| HEAVY RACK | 7 | $100.00 | $700.00 |
| CHAIR | 22 | $25.00 | $550.00 |
| SEWING MACHINE | 13 | $350.00 | $4,550.00 |
| PRINTER | 4 | $100.00 | $400.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | | $586,530.00 |

**Fill in this information to identify the case:**

Debtor name          **JC Fits, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  **Balboa Capital**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Equipment lease** | **Unknown** | **$0.00** |

**575 Anton Blvd., 12th Floor**
**Costa Mesa, CA 92626**

Creditor's mailing address

Describe the lien

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**5/15**
**Last 4 digits of account number**
**2000**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2**  **Marlin Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Equipment lease** | **$19,240.00** | **$0.00** |

**2796 E. Cottonwood Pky,**
**#120**
**Salt Lake City, UT 84121**

Creditor's mailing address

Describe the lien

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**11/16**
**Last 4 digits of account number**
**9002**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Debtor   **JC Fits, Inc.**                                              Case number (if know) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Pacific City Bank** | Describe debtor's property that is subject to a lien | $394,988.00 | $0.00 |

Creditor's Name

**3701 Wilshire Blvd., #100
Los Angeles, CA 90010**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**12/14**
**Last 4 digits of account number**
**1347**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Prime Business Credit, Inc.** | Describe debtor's property that is subject to a lien | $199,962.00 | $0.00 |

Creditor's Name                                **Blanket UCC with blanket lien on all assets**

**1055 W. 7th St., #2200
Los Angeles, CA 90017**
Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**6/16**
**Last 4 digits of account number**
**0701**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $614,190.00

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **JC Fits, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|
| | **3 Stars Mentoring Group**<br>**726 E. 12th St. #306**<br>**Los Angeles, CA 90021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **7/17** | Basis for the claim:  **computer equipment** | |
| | Last 4 digits of account number  **1211** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,750.00** |
|---|---|---|---|
| | **A Plus Fabrics, Inc.**<br>**3040 E. 12th St.**<br>**Los Angeles, CA 90023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **5/17** | Basis for the claim:  **fabric** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,193.00** |
|---|---|---|---|
| | **Americantex, Inc.**<br>**726 E. 12th St.m #306**<br>**Los Angeles, CA 90021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2-7/17** | Basis for the claim:  **fabric** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,998.00** |
|---|---|---|---|
| | **Antique Brush**<br>**726 E. 12th St. #306**<br>**Los Angeles, CA 90021** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **7/17** | Basis for the claim:  **print** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | JC Fits, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $724.00 |
|---|---|---|---|

**Art Pleating**
**726 E. 12th St. #306**
**Los Angeles, CA 90021**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __5/17__

Basis for the claim: __print__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,937.00 |
|---|---|---|---|

**Artex America, Inc.**
**726 E. 12th St. #306**
**Los Angeles, CA 90021**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __4-8/17__

Basis for the claim: __print__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,703.00 |
|---|---|---|---|

**Ash & Clover Marketing, Inc.**
**642 E. 62nd St.**
**Los Angeles, CA 90001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __7/17__

Basis for the claim: __print__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,515.00 |
|---|---|---|---|

**B2Y, Inc.**
**2510 S. Broadway**
**Los Angeles, CA 90007**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __6-18/17__

Basis for the claim: __supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,569.00 |
|---|---|---|---|

**Basic Plus, Inc.**
**4121 Alameda St.**
**Los Angeles, CA 90058**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __5/17__

Basis for the claim: __fabric__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,261.00 |
|---|---|---|---|

**Basic Textile, Inc.**
**4121 Alameda St.**
**Los Angeles, CA 90058**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __12/16 - 3/17__

Basis for the claim: __fabric__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,940.00 |
|---|---|---|---|

**C Need Special Dye**
**1357 E. 16th St.**
**Los Angeles, CA 90021**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __8/17__

Basis for the claim: __dye__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | JC Fits, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,567.00**

**Coral Textiles**
**2230 South Main St.**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/17**

Basis for the claim: **fabric**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$455.00**

**DongJin Zipper & Trim Inc.**
**3420 S. Broadway**
**Los Angeles, CA 90007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/17**

Basis for the claim: **trim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$702.00**

**Ebella Screen Printing**
**149 W. 31st St.**
**Los Angeles, CA 90007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/17**

Basis for the claim: **print**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,715.00**

**EKB Textiles**
**777 E. Washington Blvd.**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/17**

Basis for the claim: **fabric**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,275.00**

**Elite Fabrics**
**2200 E. 11th St.**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/17**

Basis for the claim: **fabric**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,570.00**

**Fabric Selection**
**800 E. 14th St.**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3-6/17**

Basis for the claim: **fabric**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,495.00**

**GIO Print**
**3110 S. Main St.**
**Los Angeles, CA 90007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6-8/17**

Basis for the claim: **print**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | JC Fits, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,750.00**

Grand Tex Inc.
719 E. 14th St. #101
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/17**

Basis for the claim:  **fabric**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,304.00**

Great Wall Textile
PO Box 76327
Los Angeles, CA 90076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4-7/17**

Basis for the claim:  **fabric**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,540.00**

Harmony
1731 E. 23rd St.
Los Angeles, CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4 - 6/17**

Basis for the claim:  **print**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,471.00**

Hermozo Textiles
2824 E. 12th St.
Los Angeles, CA 90023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/17**

Basis for the claim:  **fabric**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,921.00**

HS Crystal, Inc.
1800 E. 50th St.
Los Angeles, CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6-8/17**

Basis for the claim:  **print**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,756.00**

i Print Textile, Inc.
774 E. 14th St.
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/17**

Basis for the claim:  **fabric**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,677.00**

J&J Textile
1418 E. 18th St.
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/17**

Basis for the claim:  **fabric**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | JC Fits, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,623.00**

**Java Printing**
**5754 Grace Place**
**Los Angeles, CA 90022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/17**

Basis for the claim:  **print**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jesus Flores**
**2403 N. Broadway Ave., Apt 8**
**Los Angeles, CA 90031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/17**

Basis for the claim:  **workers comp claim**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$370.00**

**KOSMA Tex**
**PO Box 741084**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/17**

Basis for the claim:  **fabric**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,598.00**

**LA Fabric Imports**
**1565 Rio Vista Ave.**
**Los Angeles, CA 90023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/17**

Basis for the claim:  **fabric**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,331.00**

**Lavitex, Inc.**
**2268 E. 15th St.**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/16**

Basis for the claim:  **fabric**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,764.00**

**Lavitex, Inc. - Prime**
**PO Box 741084**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/17**

Basis for the claim:  **fabric**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,627.00**

**Lee, Hong, et al.**
**660 S. Figueroa St., Ste 2300**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1-5/15**

Basis for the claim:  **Legal services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | JC Fits, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,828.00 |
|---|---|---|---|

**Melrose Textiles, Inc.**
**2721 S. Alameda St.**
**Los Angeles, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/17__

Basis for the claim: __fabric__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,894.00 |
|---|---|---|---|

**MH Dyeing, Inc.**
**196 E. Jefferson Blvd.**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __8/17__

Basis for the claim: __dye__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,218.00 |
|---|---|---|---|

**Mi Trim**
**2600 S. Santa Fe Ave.**
**Los Angeles, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/17__

Basis for the claim: __trim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,212.00 |
|---|---|---|---|

**Midthrust**
**830 E. 14th Place**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/16 - 4/17__

Basis for the claim: __fabric__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,311.00 |
|---|---|---|---|

**MSJ Trim Inc.**
**600 E. Washington Blvd., #W12**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4-8/17__

Basis for the claim: __trim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $864.00 |
|---|---|---|---|

**MSS Commerce Inc.**
**300 S. Boyle Ave. #7**
**Los Angeles, CA 90033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/17__

Basis for the claim: __supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,029.00 |
|---|---|---|---|

**N.S.S. Fabric Inc.**
**934 S. Wall St.**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/17__

Basis for the claim: __fabric__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | JC Fits, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.40**

**Nonpriority creditor's name and mailing address**

New Fabric Inc.
526 East 9th St.
Los Angeles, CA 90015

Date(s) debt was incurred **2/17**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **fabric**

Is the claim subject to offset? ■ No ☐ Yes

**$2,089.00**

---

**3.41**

**Nonpriority creditor's name and mailing address**

Nissi Trim Inc.
2125 E. Bay St.
Los Angeles, CA 90021

Date(s) debt was incurred **8/17**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **trim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,152.00**

---

**3.42**

**Nonpriority creditor's name and mailing address**

Nobel Textile
721-A East 9th St.
Los Angeles, CA 90021

Date(s) debt was incurred **5/16 - 2/17**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **fabric**

Is the claim subject to offset? ■ No ☐ Yes

**$86,009.00**

---

**3.43**

**Nonpriority creditor's name and mailing address**

Open Bank
1000 Wllshire Blvd., Ste 500
Los Angeles, CA 90017

Date(s) debt was incurred **10/16**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **business loan**

Is the claim subject to offset? ■ No ☐ Yes

**$63,000.00**

---

**3.44**

**Nonpriority creditor's name and mailing address**

Oxford International Inc.
834 South Julian
Los Angeles, CA 90014

Date(s) debt was incurred **8/15 - 3/17**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **fabric**

Is the claim subject to offset? ■ No ☐ Yes

**$19,236.00**

---

**3.45**

**Nonpriority creditor's name and mailing address**

Oxford Textiles Inc.
834 South Julian
Los Angeles, CA 90014

Date(s) debt was incurred **3/17**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **fabric**

Is the claim subject to offset? ■ No ☐ Yes

**$12,371.00**

---

**3.46**

**Nonpriority creditor's name and mailing address**

Palm Trim & Button
465 E. 32nd St.
Los Angeles, CA 90011

Date(s) debt was incurred **7/17**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **trim**

Is the claim subject to offset? ■ No ☐ Yes

**$53.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **JC Fits, Inc.**                                                   Case number *(if known)* _____
_____
Name

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00** |

**Paula Gayton Barrera**
**c/o CA Labor Commissioner**
**320 W. 4th St., #450**
**Los Angeles, CA 90013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/17**

**Basis for the claim:  wage claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,266.00** |

**Peace Printing Inc.**
**127 W. 39th St.**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/17**

**Basis for the claim:  print**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,482.00** |

**PFP Fabrics, Inc.**
**3040 E. 12th St.**
**Los Angeles, CA 90023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/16 - 4/17**

**Basis for the claim:  fabric**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,535.00** |

**Printopia**
**2548 E. 53rd St.**
**Huntington Park, CA 90255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/17**

**Basis for the claim:  print**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,082.00** |

**RC International Fabric Inc.**
**3001 S. Main St.**
**Los Angeles, CA 90007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/16 - 3/17**

**Basis for the claim:  fabric**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,240.00** |

**Red Tex Inc.**
**796 E. 14th Place**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/16 - 3/17**

**Basis for the claim:  fabric**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,415.00** |

**Regency Fabrics**
**1016 E. 14th Place**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2 - 5/17**

**Basis for the claim:  fabric**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | JC Fits, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.54**

**Nonpriority creditor's name and mailing address**

**Richline**
**1706 Maple Ave.**
**Los Angeles, CA 90015**

Date(s) debt was incurred __10/16 - 7/17__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __fabric__

Is the claim subject to offset? ■ No ☐ Yes

**$26,496.00**

---

**3.55**

**Nonpriority creditor's name and mailing address**

**Robina, Inc. dba SNS Labels**
**600 E. Wasington Blvd. #E-1**
**Los Angeles, CA 90015**

Date(s) debt was incurred __6/17__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __labels__

Is the claim subject to offset? ■ No ☐ Yes

**$203.00**

---

**3.56**

**Nonpriority creditor's name and mailing address**

**Romex Textile Inc.**
**785 E. 14th Place**
**Los Angeles, CA 90021**

Date(s) debt was incurred __4 - 7/17__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __fabric__

Is the claim subject to offset? ■ No ☐ Yes

**$111,735.00**

---

**3.57**

**Nonpriority creditor's name and mailing address**

**Running Bees By 1leven Inc.**
**1177 E. 32nd St. #B**
**Los Angeles, CA 90011**

Date(s) debt was incurred __6 - 8/17__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$887.00**

---

**3.58**

**Nonpriority creditor's name and mailing address**

**S&M Plastics Inc.**
**5610-B S. Soto St. #D**
**Huntington Park, CA 90255**

Date(s) debt was incurred __7/17__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$260.00**

---

**3.59**

**Nonpriority creditor's name and mailing address**

**Sam Tex**
**1441 Broadway, 22nd Floor**
**New York, NY 10018**

Date(s) debt was incurred __12/16 - 3/17__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __fabric__

Is the claim subject to offset? ■ No ☐ Yes

**$17,312.00**

---

**3.60**

**Nonpriority creditor's name and mailing address**

**San Louis Textile**
**2828 E. 12th St., #103**
**Los Angeles, CA 90023**

Date(s) debt was incurred __10/16 - 2/17__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __fabric__

Is the claim subject to offset? ■ No ☐ Yes

**$12,067.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **JC Fits, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.61**

**Nonpriority creditor's name and mailing address**
**SBC Accountancy Corp.**
**512 S. Wilton Place**
**Los Angeles, CA 90020**

Date(s) debt was incurred  **11/16 - 4/17**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting services**

Is the claim subject to offset? ■ No ☐ Yes

**$12,070.00**

---

**3.62**

**Nonpriority creditor's name and mailing address**
**Seventeen Printing**
**1617 E. Adams Blvd.**
**Los Angeles, CA 90011**

Date(s) debt was incurred  **5 - 8/17**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **print**

Is the claim subject to offset? ■ No ☐ Yes

**$14,971.00**

---

**3.63**

**Nonpriority creditor's name and mailing address**
**Sewing Collection Inc.**
**1617 E. Adams Blvd.**
**Los Angeles, CA 90011**

Date(s) debt was incurred  **5 - 7/17**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **supplies**

Is the claim subject to offset? ☐ No ☐ Yes

**$2,102.00**

---

**3.64**

**Nonpriority creditor's name and mailing address**
**Simple Design Inc.**
**5721 Anderson St.**
**Los Angeles, CA 90058**

Date(s) debt was incurred  **1 - 7/17**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **print**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.65**

**Nonpriority creditor's name and mailing address**
**Spot Light Concept Inc.**
**1710 S. Griffin Ave.**
**Los Angeles, CA 90021**

Date(s) debt was incurred  **1 - 8/17**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **print**

Is the claim subject to offset? ■ No ☐ Yes

**$3,647.00**

---

**3.66**

**Nonpriority creditor's name and mailing address**
**Starlight Textile Int'l Inc.**
**771 E. 9th St.**
**Los Angeles, CA 90021**

Date(s) debt was incurred  **10/16 - 1/17**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **fabric**

Is the claim subject to offset? ■ No ☐ Yes

**$17,498.00**

---

**3.67**

**Nonpriority creditor's name and mailing address**
**Stone-Holic Inc.**
**6518 Avalon Blvd.**
**Los Angeles, CA 90003**

Date(s) debt was incurred  **6/17**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,363.00**

---

| Debtor | JC Fits, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,832.00 |
|---|---|---|---|

**Styletex**
**1000 E. 14th St.**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/16 - 4/17**

Last 4 digits of account number  _

Basis for the claim:  **fabric**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,399.00 |
|---|---|---|---|

**Texco Inc.**
**1710 S. Hooper Ave.**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/17**

Last 4 digits of account number  _

Basis for the claim:  **fabric**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,448.00 |
|---|---|---|---|

**Textile Center Inc.**
**1038 E. Olympic Blvd.**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/16 - 7/17**

Last 4 digits of account number  _

Basis for the claim:  **fabric**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270.00 |
|---|---|---|---|

**Textillary**
**1710 S. Hooper Ave.**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/17**

Last 4 digits of account number  _

Basis for the claim:  **fabric**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.00 |
|---|---|---|---|

**Trim Depot**
**3600 Avalon Blvd.**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/17**

Last 4 digits of account number  _

Basis for the claim:  **trim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,672.00 |
|---|---|---|---|

**Trim World**
**2225 S. San Pedro St.**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1 - 8/17**

Last 4 digits of account number  _

Basis for the claim:  **trim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|---|

**Unicolors Inc.**
**3251 E. 26th St.**
**Los Angeles, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/16 - 7/17**

Last 4 digits of account number  _

Basis for the claim:  **fabric**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | JC Fits, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,313.00**

US Print
236 W. 31st. St.
Los Angeles, CA 90007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/16 - 1/17

Last 4 digits of account number __

Basis for the claim:  **print**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,243.00**

Valensi Rose PLC
1888 Century Park East #1100
Los Angeles, CA 90067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/14 - 10/14

Last 4 digits of account number __

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,418.00**

Vega Textile Inc.
2751 S. Alameda St.
Los Angeles, CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/16 - 8/17

Last 4 digits of account number __

Basis for the claim:  **fabric**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,550.00**

Vernon Fifty Two LLC
3215 E. 52nd St.
Los Angeles, CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Lease for business premises**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,094.00**

Vintage Color FX Inc.
5005 Hampton St.
Los Angeles, CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/18

Last 4 digits of account number __

Basis for the claim:  **fabric**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$672.00**

Waste & Recycling Services Inc.
13714 Chestnut St.
Whittier, CA 90605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/17

Last 4 digits of account number __

Basis for the claim:  **utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,198.00**

WEAVE
PO Box 76327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/16 - 8/17

Last 4 digits of account number __

Basis for the claim:  **fabric**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | JC Fits, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,005.00 |
|---|---|---|---|

**XL Fabric Inc.**
**2200 E. 11th St.**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/16 - 11/16**

Basis for the claim:  **fabric**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,059.00 |
|---|---|---|---|

**YES Textile Inc.**
**216 N. Saint Tropez Ct.**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1 - 7/17**

Basis for the claim:  **fabric**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $444.00 |
|---|---|---|---|

**Yuhan Zipper Inc.**
**1437 E. 15th St.**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/17**

Basis for the claim:  **trim**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 949,430.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 949,430.00 |

**Fill in this information to identify the case:**

Debtor name          **JC Fits, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property*
        (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **JC Fits, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.2 | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.3 | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.4 | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |

**Fill in this information to identify the case:**

Debtor name  **JC Fits, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,400,000.00** |
   | **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$5,750,284.00** |
   | **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$5,066,067.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **JC Fits, Inc.**                                          Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None—

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **JC Fits, Inc.**                                                      Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

Debtor    **JC Fits, Inc.**  _____    Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Debtor      **JC Fits, Inc.**                                                    Case number *(if known)* _____

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

☐  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.   **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.   **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 5

Debtor    **JC Fits, Inc.**                                                    Case number *(if known)* _____

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **JC Fits, Inc.**                                                                          Case number *(if known)* _____

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 12, 2017**
_____

**/s/ Jeong H. Choi**                                                    **Jeong H. Choi**
_____                        _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**
_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re   **JC Fits, Inc.** _____   Case No. _____

                                    Debtor(s)        Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|   |   |   |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
         reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
         522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**September 12, 2017** _____          /s/ Joon M. Khang _____
*Date*                                              **Joon M. Khang**
                                                    *Signature of Attorney*
                                                    **KHANG & KHANG LLP**
                                                    **4000 Barranca Parkway, Suite 250**
                                                    **Irvine, CA 92604**
                                                    **(949) 419-3834   Fax: (949) 385-5868**
                                                    **joon@khanglaw.com**
                                                    *Name of law firm*

---

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**Joon M. Khang**
**4000 Barranca Parkway, Suite 250**
**Irvine, CA 92604**
**(949) 419-3834 Fax: (949) 385-5868**
California State Bar Number: **188722**
joon@khanglaw.com

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**JC Fits, Inc.**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___**12**___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **September 12, 2017**

**/s/ Jeong H. Choi**
Siganture of Debtor 1

Date:  _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **September 12, 2017**

**/s/ Joon M. Khang**
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                 **F 1007-1.MAILING.LIST.VERIFICATION**

JC Fits, Inc.
2305 E. 52nd St.
Los Angeles, CA 90058


Joon M. Khang
KHANG & KHANG LLP
4000 Barranca Parkway, Suite 250
Irvine, CA 92604


3 Stars Mentoring Group
726 E. 12th St. #306
Los Angeles, CA 90021


A Plus Fabrics, Inc.
3040 E. 12th St.
Los Angeles, CA 90023


Americantex, Inc.
726 E. 12th St.m #306
Los Angeles, CA 90021


Antique Brush
726 E. 12th St. #306
Los Angeles, CA 90021


Art Pleating
726 E. 12th St. #306
Los Angeles, CA 90021


Artex America, Inc.
726 E. 12th St. #306
Los Angeles, CA 90021

Ash & Clover Marketing, Inc.
642 E. 62nd St.
Los Angeles, CA 90001


B2Y, Inc.
2510 S. Broadway
Los Angeles, CA 90007


Balboa Capital
575 Anton Blvd., 12th Floor
Costa Mesa, CA 92626


Basic Plus, Inc.
4121 Alameda St.
Los Angeles, CA 90058


Basic Textile, Inc.
4121 Alameda St.
Los Angeles, CA 90058


C Need Special Dye
1357 E. 16th St.
Los Angeles, CA 90021


Coral Textiles
2230 South Main St.
Los Angeles, CA 90021


DongJin Zipper & Trim Inc.
3420 S. Broadway
Los Angeles, CA 90007

Ebella Screen Printing
149 W. 31st St.
Los Angeles, CA 90007


EKB Textiles
777 E. Washington Blvd.
Los Angeles, CA 90021


Elite Fabrics
2200 E. 11th St.
Los Angeles, CA 90021


Fabric Selection
800 E. 14th St.
Los Angeles, CA 90021


GIO Print
3110 S. Main St.
Los Angeles, CA 90007


Grand Tex Inc.
719 E. 14th St. #101
Los Angeles, CA 90021


Great Wall Textile
PO Box 76327
Los Angeles, CA 90076


Harmony
1731 E. 23rd St.
Los Angeles, CA 90058

Hermozo Textiles
2824 E. 12th St.
Los Angeles, CA 90023


HS Crystal, Inc.
1800 E. 50th St.
Los Angeles, CA 90058


i Print Textile, Inc.
774 E. 14th St.
Los Angeles, CA 90021


J&J Textile
1418 E. 18th St.
Los Angeles, CA 90021


Java Printing
5754 Grace Place
Los Angeles, CA 90022


Jesus Flores
2403 N. Broadway Ave., Apt 8
Los Angeles, CA 90031


KOSMA Tex
PO Box 741084
Los Angeles, CA 90074


LA Fabric Imports
1565 Rio Vista Ave.
Los Angeles, CA 90023

Lavitex, Inc.
2268 E. 15th St.
Los Angeles, CA 90021


Lavitex, Inc. - Prime
PO Box 741084
Los Angeles, CA 90074


Lee, Hong, et al.
660 S. Figueroa St., Ste 2300
Los Angeles, CA 90017


Marlin Bank
2796 E. Cottonwood Pky, #120
Salt Lake City, UT 84121


Melrose Textiles, Inc.
2721 S. Alameda St.
Los Angeles, CA 90058


MH Dyeing, Inc.
196 E. Jefferson Blvd.
Los Angeles, CA 90011


Mi Trim
2600 S. Santa Fe Ave.
Los Angeles, CA 90058


Midthrust
830 E. 14th Place
Los Angeles, CA 90021

MSJ Trim Inc.
600 E. Washington Blvd., #W12
Los Angeles, CA 90015


MSS Commerce Inc.
300 S. Boyle Ave. #7
Los Angeles, CA 90033


N.S.S. Fabric Inc.
934 S. Wall St.
Los Angeles, CA 90015


New Fabric Inc.
526 East 9th St.
Los Angeles, CA 90015


Nissi Trim Inc.
2125 E. Bay St.
Los Angeles, CA 90021


Nobel Textile
721-A East 9th St.
Los Angeles, CA 90021


Open Bank
1000 WIlshire Blvd., Ste 500
Los Angeles, CA 90017


Oxford International Inc.
834 South Julian
Los Angeles, CA 90014

Oxford Textiles Inc.
834 South Julian
Los Angeles, CA 90014


Pacific City Bank
3701 Wilshire Blvd., #100
Los Angeles, CA 90010


Palm Trim & Button
465 E. 32nd St.
Los Angeles, CA 90011


Paula Gayton Barrera
c/o CA Labor Commissioner
320 W. 4th St., #450
Los Angeles, CA 90013


Peace Printing Inc.
127 W. 39th St.
Los Angeles, CA 90011


PFP Fabrics, Inc.
3040 E. 12th St.
Los Angeles, CA 90023


Prime Business Credit, Inc.
1055 W. 7th St., #2200
Los Angeles, CA 90017


Printopia
2548 E. 53rd St.
Huntington Park, CA 90255

RC International Fabric Inc.
3001 S. Main St.
Los Angeles, CA 90007


Red Tex Inc.
796 E. 14th Place
Los Angeles, CA 90021


Regency Fabrics
1016 E. 14th Place
Los Angeles, CA 90021


Richline
1706 Maple Ave.
Los Angeles, CA 90015


Robina, Inc. dba SNS Labels
600 E. Wasington Blvd. #E-1
Los Angeles, CA 90015


Romex Textile Inc.
785 E. 14th Place
Los Angeles, CA 90021


Running Bees By 1leven Inc.
1177 E. 32nd St. #B
Los Angeles, CA 90011


S&M Plastics Inc.
5610-B S. Soto St. #D
Huntington Park, CA 90255

Sam Tex
1441 Broadway, 22nd Floor
New York, NY 10018

San Louis Textile
2828 E. 12th St., #103
Los Angeles, CA 90023

SBC Accountancy Corp.
512 S. Wilton Place
Los Angeles, CA 90020

Seventeen Printing
1617 E. Adams Blvd.
Los Angeles, CA 90011

Sewing Collection Inc.
1617 E. Adams Blvd.
Los Angeles, CA 90011

Simple Design Inc.
5721 Anderson St.
Los Angeles, CA 90058

Spot Light Concept Inc.
1710 S. Griffin Ave.
Los Angeles, CA 90021

Starlight Textile Int'l Inc.
771 E. 9th St.
Los Angeles, CA 90021

Stone-Holic Inc.
6518 Avalon Blvd.
Los Angeles, CA 90003


Styletex
1000 E. 14th St.
Los Angeles, CA 90021


Texco Inc.
1710 S. Hooper Ave.
Los Angeles, CA 90021


Textile Center Inc.
1038 E. Olympic Blvd.
Los Angeles, CA 90021


Textillary
1710 S. Hooper Ave.
Los Angeles, CA 90021


Trim Depot
3600 Avalon Blvd.
Los Angeles, CA 90011


Trim World
2225 S. San Pedro St.
Los Angeles, CA 90011


Unicolors Inc.
3251 E. 26th St.
Los Angeles, CA 90058

US Print
236 W. 31st. St.
Los Angeles, CA 90007


Valensi Rose PLC
1888 Century Park East #1100
Los Angeles, CA 90067


Vega Textile Inc.
2751 S. Alameda St.
Los Angeles, CA 90058


Vernon Fifty Two LLC
3215 E. 52nd St.
Los Angeles, CA 90058


Vintage Color FX Inc.
5005 Hampton St.
Los Angeles, CA 90058


Waste & Recycling Services Inc.
13714 Chestnut St.
Whittier, CA 90605


WEAVE
PO Box 76327


XL Fabric Inc.
2200 E. 11th St.
Los Angeles, CA 90021

YES Textile Inc.
216 N. Saint Tropez Ct.
Placentia, CA 92870


Yuhan Zipper Inc.
1437 E. 15th St.
Los Angeles, CA 90021

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Joon M. Khang**<br>**4000 Barranca Parkway, Suite 250**<br>**Irvine, CA 92604**<br>**(949) 419-3834 Fax: (949) 385-5868**<br>California State Bar Number: **188722**<br>joon@khanglaw.com | |

■ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>   **JC Fits, Inc.**<br><br>                                    Debtor(s),<br><br>                   Plaintiff(s),<br><br><br><br><br>                   Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11**<br><br>**CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO  FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   __Joon M. Khang_____ , the undersigned in the above-captioned case, hereby declare
         *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                   **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

    ☐ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ■ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    *[For additional names, attach an addendum to this form.]*

b.    ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____
**September 12, 2017**

Date

By:   **/s/ Joon M. Khang**

     Signature of Debtor, or attorney for Debtor

Name:   **Joon M. Khang**

       Printed name of Debtor, or attorney for Debtor

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                      **F 1007-4.CORP.OWNERSHIP.STMT**